# Court of Appeals
# of the State of Georgia

ATLANTA, _November 18, 2019_

*The Court of Appeals hereby passes the following order:*

**A20A0604. LAURA JONES v. ANDREA B. BRIM.**

This case began as a dispossessory proceeding in magistrate court. After the magistrate court issued a judgment in favor of the plaintiff, the defendant, Laura Jones, appealed to superior court. The superior court found in favor of the plaintiff, and Jones appeals. We, however, lack jurisdiction.

"[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003); see also OCGA § 5-6-35 (a) (1). Because Jones did not follow the proper procedure for requesting appellate review, we lack jurisdiction. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_11/18/2019_*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*